1
2
3
4
5
6
7
8
9
10 UNITED STATES DISTRICT COURT
11 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| GENE ROWE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE,<br><br>　　　　　Defendants. | Case No.  5:23-cv-01988-KK-SK<br><br>*Hon. Kenly Kiya Kato*<br>*Magistrate Judge Steve Kim*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*[Filed Concurrently with Stipulation]* |



## **ORDER**

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: _____April 23_____, 2024

The Honorable Kenly Kiya Kato
UNITED STATES DISTRICT COURT JUDGE